IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 25-cr-3109-MIS |
| ) | |
| vs. ) | |
| ) | |
| **MARY JANE CRUZ**, ) | |
| ) | |
| Defendant. ) | |

ORDER RELEASING DEFENDANT UNDER EXCEPTIONAL
CIRCUMSTANCES ON HER OWN RECOGNIZANCE

THIS MATTER having come before the Court on the Unopposed Motion of the United States to release the defendant, MARY JANE CRUZ, under exceptional circumstances on her own recognizance, ECF No. 60, the Court having read said motion and being advised in the premises, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the defendant be released on her own recognizance, subject to the following conditions:

1. The defendant must not violate federal, state, or local law while on release.

2. The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

3. The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

4. The defendant must appear in court as directed.

IT IS FURTHER ORDERED that the United States Clerk's Office provide two (2) certified copies of this order to the United States Pretrial Services and the United States Marshal's Service as their authority to proceed hereunder.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE